# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3308
LT Case No. 2016-CF-232-A

_____

ANTHONY R. BAKER, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Anthony R. Baker, Jr., Jacksonville, pro se.

No Appearance for Appellee.

January 16, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____